IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE McLEOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv396-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On July 8, 2010, the magistrate judge filed a recommendation (Doc. # 16) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, and for good cause, it is ORDERED that the magistrate judge's recommendation (Doc. # 16) is adopted.

DONE, this the 11th day of August, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE