IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE McLEOD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:08cv396-MHT |
| | )                    (WO) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the petition for writ of habeas corpus (Doc. # 1) is denied and that costs are taxed against the petitioner.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of August, 2010.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE